NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-1212

L. J. TRAHAN, JR., ET AL.

VERSUS

NEW YORK INS. AND ANNUITY CORP.

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 20004310
HONORABLE DURWOOD WAYNE CONQUE, DISTRICT JUDGE

**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of Marc T. Amy, Elizabeth A. Pickett, and J. David Painter, Judges.

AFFIRMED.

Allan Leland Durand
Attorney at Law
235 La Rue France
Lafayette, LA 70508
(337) 237-8501
Counsel for Plaintiffs-Appellants:
L. J. Trahan, Jr.
Lezime J. Trahan
Geraldine T. Martin
Judi Trahan Louviere
Douglas J. Trahan
Lou Ann Trahan

**Maura Zivalich Pelleteri**
**Sarah Suzanne Mahoney**
**Andrea A. Mittleider**
**Krebs, Farley & Pelleteri**
**400 Poydras St., Ste. 2500**
**New Orleans, LA 70130-0000**
**(504) 299-3570**
**Counsel for Defendant-Appellee:**
**New York Life Insurance and Annuity Corp.**